B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re **April Lynn Woodfork**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

**Creditor's Name:**  
**Automotive Credit Corp**

**Describe Property Securing Debt:**  
**2008 Chevrolet HHR w/approximately 82K miles**

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other. Explain **Debtor will continue making scheduled monthly payments.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt    ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

**Lessor's Name:**  
**-NONE-**

**Describe Leased Property:**

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  
☐ YES    ☐ NO

---

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 8, 2013**

Signature **/s/ April Lynn Woodfork**  
**April Lynn Woodfork**  
Debtor