UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| APRIL LYNN WOODFORK | * | |
| | * | Case No. 13-16109 |
| Debtor(s). | | |
| * * * * * * | * | Chapter 7 |
| | * | |
| AUTOMOTIVE CREDIT CORPORATION | * | |
| Movant, | * | |
| vs. | * | |
| APRIL LYNN WOODFORK | * | |
| | * | |
| Debtor(s), | * | |
| and | * | |
| CHERYL E. ROSE as Chapter 7 Trustee, | * | |
| Respondent(s). | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Automotive Credit Corporation ("Movant"), by its attorney, H. Tucker Dewey, moves for relief from the automatic stay of 11 U.S.C. § 362 of the Bankruptcy Code, and represents that:

1. This is a contested matter under Bankruptcy Rules 4001 and 9014.

2. This Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. § 157 and 1334 and 11 U.S.C. §§ 361, 362 and 363.

3. On April 8, 2013, Debtor(s) filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

4. On November 2, 2011, the Debtor(s) entered into a Retail Installment Contract ("Contract") for the purchase of a **2008 Chevrolet LS VIN 3GNCA13D68S671893** ("Vehicle"). The Contract was subsequently assigned to Movant for value and in good faith. A copy of the Contract is attached to and incorporated in this Motion.

5. The Contract called for a total of payments of $25,507.02 to be paid in 66 consecutive monthly installments of $386.47, commencing on December 08, 2011.

6. Movant has a validly perfected, first priority purchase money security interest in the Vehicle, as noted on the Notice of Security Interest Filing issued by the Maryland Motor Vehicle Administration. A copy of the Notice of Security Interest Filing is attached to and incorporated in this Motion.

7. The Contract is in default.  The Movant last received a contractual payment from the Debtor(s) on March 19, 2013, which was applied to the account of Debtor(s) to satisfy the installment payment due on March 8, 2013.  The account is $355.20 in arrears as of the date of this Motion. The outstanding payoff amount owed to the Movant is $12,467.25, excluding attorney's fees and costs incurred by Movant in filing this Motion.

8. The Black Book trade-in value of the Vehicle, assuming average mileage and good condition, is $7,820.00.

9. The Debtor's Statement of Intention states that Debtor will neither reaffirm nor redeem the Vehicle.

10. Pursuant to 11 U.S.C. § 362(d)(1), sufficient cause exists to terminate the automatic stay as to the Movant, its Vehicle and the proceeds thereof due to lack of adequate protection and the

material and continuing defaults by Debtor(s) under the Contract.

10. Pursuant to 11 U.S.C. §§ 361 and 363, the Movant is entitled to adequate protection for its interests in the subject Vehicle.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Movant requests that the Court enter an Order:

(a) Terminating the automatic stay, and declaring that the Movant is entitled to exercise all rights under state and/or federal law that are not inconsistent with Title 11 of the United States Code; and

(b) Granting such other and further relief as may be just and proper, including waiver of the 14 day waiting period under Rule 4001 of the Federal Rules of Bankruptcy Procedure.

/s/ H. Tucker Dewey
H. Tucker Dewey (MD 27502)
Attorney for Automotive Credit Corporation
5350 Poplar Avenue, Suite 313
Memphis, TN 38119
(901) 746-9469 telephone
(901) 746-9833 fax
tdewey@deweylawfirm.com

I hereby certify under penalty of perjury that the factual allegations contained in the foregoing Motion for Relief from the Automatic Stay are true and correct to the best of my knowledge, information and belief.

Automotive Credit Corporation

Dated: _4/23/2013_          By: /s/ H. Tucker Dewey

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2013, a copy of the foregoing electronically filed Motion for Relief from the Automatic Stay was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Cheryl E. Rose
12154 Darnestown Road
Suite 623
Gaithersburg, MD, 20878
Trustee

Rowena Nicole Nelson
1801 McCormick Drive
Suite 150
Largo, MD 20774
Attorney for Debtor

April Lynn Woodfork
2931 Victory Lane, #302
Suitland, MD 20746
Debtors

/s/ H. Tucker Dewey
H. Tucker Dewey