UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| APRIL LYNN WOODFORK | * | |
| | * | Case No. 13-16109 |
| Debtor(s). | * | Chapter 7 |
| * * * * * * | * | |
| AUTOMOTIVE CREDIT CORPORATION | * | |
| | * | |
| Movant, | * | |
| vs. | * | |
| APRIL LYNN WOODFORK | * | |
| | * | |
| Debtor(s), | * | |
| and | * | |
| CHERYL E. ROSE as Chapter 7 Trustee, | * | |
| Respondent(s). | * | |
| * * * * * * * * * * * * | | |

NOTICE OF MOTION FOR RELIEF FROM THE STAY AND HEARING THEREON

    Automotive Credit Corporation has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. Sections 362 (a) to enable it to proceed to exercise its rights as a secured creditor under applicable non-bankruptcy law. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from the stay, or if you want the court to consider your views on the motion, then by **May 10, 2013** you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Automotive Credit Corporation
c/o H. Tucker Dewey
6000 Poplar Avenue, Suite 250
Memphis, TN 38119

Cheryl E. Rose
12154 Darnestown Road
Suite 623
Gaithersburg, MD, 20878
Trustee

 If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

 The hearing is scheduled for **May 20, 2013 at 10:00 a.m., in Courtroom 3-E**, Greenbelt Division Federal Courthouse, 6500 Cherry Wood Lane, Suite 300, Greenbelt, MD 20770

 IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN TILE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

 Date: <u>4/23/2013</u>

/s/H. Tucker Dewey
H. Tucker Dewey
Automotive Credit Corporation
5350 Poplar Avenue, Suite 313
Memphis, TN 38119
Telephone:  (901)746-9469
Facsimile:   (901) 746-9833
tdewey@deweylawfirm.com

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 23rd of April, 2013, a copy of the foregoing electronically filed Notice of Hearing was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CMIECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Cheryl E. Rose
12154 Darnestown Road
Suite 623
Gaithersburg, MD, 20878
Trustee

Rowena Nicole Nelson
1801 McCormick Drive
Suite 150
Largo, MD 20774
Attorney for Debtor

April Lynn Woodfork
2931 Victory Lane, #302
Suitland, MD 20746
Debtors

/s/H. Tucker Dewey