| Contact Information | | 4/18/2013 |
|---|---|---|
| Company: | Automotive Credit | Telephone: 800-810-1211 ext. 1329 |
| Contact: | Servicing Solutions | Fax: |
| E-Mail: | jadorjan@automotivecredit.com | |

**Notes**

### Vehicle Info For 2008 Chevrolet HHR LS 4D Utility

| | | |
|---|---|---|
| MSRP: $16,730 | VIN: 3GNCA13D68S671893 | Adj. State: National |
| Fin Adv: $10,000 | UVC: 2008160987 | Mileage: 0 |
| Equip Ret: $19,090 | MPG: 22/29 | Mileage Cat: C |
| Tire Size: 215/55R16 | Weight: 4173 | Cylinders: 4 |
| Base HP: 149 @ 5600 | Fuel Type: Gas | Transmission: A |
| Taxable HP: 18.3 | Wheelbase: 103.5 | Drive Train: FWD |
| Model Number: 1AT46 | | |

**Wholesale Black Book values as of 4/18/2013 (daily)**

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Base | $10,750 | $9,350 | $7,550 | $5,750 |
| Options | $0 | $0 | $0 | $0 |
| Mileage | N/A | N/A | N/A | N/A |
| Region | $0 | $0 | $0 | $0 |
| Total | $10,750 | $9,350 | $7,550 | $5,750 |

**Trade In Black Book values as of 4/18/2013 (daily)**

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Base | N/A | $9,560 | $7,820 | $5,460 |
| Options | N/A | $0 | $0 | $0 |
| Mileage | N/A | N/A | N/A | N/A |
| Region | N/A | $0 | $0 | $0 |
| Total | N/A | $9,560 | $7,820 | $5,460 |

**Retail Black Book values as of 4/18/2013 (daily)**

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Base | $13,575 | $11,925 | $9,675 | $7,525 |
| Options | $0 | $0 | $0 | $0 |
| Mileage | N/A | N/A | N/A | N/A |

|  | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Region | $0 | $0 | $0 | $0 |
| Total | $13,575 | $11,925 | $9,675 | $7,525 |

### Residual Black Book values as of 4/18/2013 (daily)

|  | 12 Month | 24 Month | 30 Month | 36 Month | 42 Month | 48 Month | 60 Month |
|---|---|---|---|---|---|---|---|
| Base | $5,700 | $4,675 | $4,200 | $3,725 | $3,325 | $2,950 | $2,175 |
| Options | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mileage | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Total | $5,700 | $4,675 | $4,200 | $3,725 | $3,325 | $2,950 | $2,175 |

NOTE: Residuals are calculated based on the effective date you select and projected into the future.

### Black Book Add/Deducts

Aluminum Wheels +125
Leather +900
Power Driver Seat +200
w/o Auto Trans -900
w/o Rear Seat -525