| Transaction | Amount | Date Paid | Date Post | Collector | Reference # |
|---|---:|---|---|---|---|
| Account Opened | 12,857.46 | 08-08-2012 | 08-08-2012 | Default, | NewBiz |
| Credit Card | (355.20) | 09-18-2012 | 09-18-2012 | Default, | PY_VS |
| Accrual | 346.62 | 09-16-2012 | 09-18-2012 | Default, | Accrual |
| Credit Card | (355.20) | 10-15-2012 | 10-15-2012 | Default, | PY_VS |
| Accrual | 226.11 | 10-15-2012 | 10-15-2012 | Default, | Accrual |
| Credit Card | (355.20) | 11-19-2012 | 11-19-2012 | Default, | PY_VS |
| Accrual | 292.78 | 11-19-2012 | 11-19-2012 | Default, | Accrual |
| Credit Card | (355.20) | 12-18-2012 | 12-18-2012 | Default. | PY_VS |
| Accrual | 241.40 | 12-16-2012 | 12-18-2012 | Default, | Accrual |
| Credit Card | (355.20) | 01-23-2013 | 01-23-2013 | Default, | PY_VS |
| Accrual | 298.97 | 01-23-2013 | 01-23-2013 | Default, | Accrual |
| Credit Card | (355.20) | 02-19-2013 | 02-19-2013 | Default, | PY_VS |
| Accrual | 221.69 | 02-19-2013 | 02-19-2013 | Default, | Accrual |
| Credit Card | (355.20) | 03-19-2013 | 03-19-2013 | Default, | PY_VS |
| Accrual | 227.45 | 03-19-2013 | 03-19-2013 | Default, | Accrual |
| Transfer Credit | (12,226.08) | 04-18-2013 | 04-18-2013 | System, | ZERO OUT |
| Transfer Debit | 12,226.08 | 04-18-2013 | 04-18-2013 | System, | CONVERSION |
| Conversion Credit | (12,226.08) | 04-18-2013 | 04-18-2013 | Default, | ZERO OUT |
| Conversion Debit | 12,226.08 | 04-18-2013 | 04-18-2013 | Default, | CONVERSION |
| Interest Accrued | 281.37 | 03-19-2013 | 04-23-2013 | Default, | INTEREST |