

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| APRIL LYNN WOODFORK | * | Case No. 13-16109 |
| Debtor(s). | * | Chapter 7 |
| * * * * * * | | |
| AUTOMOTIVE CREDIT CORPORATION | * | |
| | * | |
| Movant | * | |
| vs. | * | |
| APRIL LYNN WOODFORK | * | |
| | * | |
| and | * | |
| CHERYL E. ROSE Chapter 7 Trustee, | * | |
| Respondent(s). | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

The Amended Motion of Automotive Credit Corporation ("Honda Finance") for Relief from the Automatic Stay having been read and considered by this Court, for good cause appearing and without opposition, it is

ORDERED, that the automatic stay imposed under 11 U.S.C. § 362(a) be and hereby is terminated as to Automotive Credit Corporation and the **2008 Chevrolet VIN 3GNCA13D68S671893** ("Vehicle"); and it is

FURTHER ORDERED, that if the Contract and applicable non-bankruptcy law permits, Automotive Credit Corporation be and hereby is entitled to possession of the Vehicle, which is the subject of said Motion; and it is

FURTHER ORDERED, that without further Order of this Court, and if applicable non-bankruptcy law permits, Automotive Credit Corporation is authorized to sell and/or dispose of the Vehicle as allowed by law and to proceed with any and all other remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code; and it is

FURTHER ORDERED, that in the event this bankruptcy case is converted to any other Chapter of the Bankruptcy Code, as now or hereafter amended, this Order shall remain in full force and effect.

cc:  H. Tucker Dewey
     5350 Poplar Ave., Suite 313
     Memphis, TN 38119

Cheryl E. Rose
12154 Darnestown Road
Suite 623
Gaithersburg, MD, 20878
Trustee

Rowena Nicole Nelson
1801 McCormick Drive
Suite 150
Largo, MD 20774
Attorney for Debtor

April Lynn Woodfork
2931 Victory Lane, #302
Suitland, MD 20746
Debtors

**End of Order**